**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1872**

———————

CAROL L. GRAY PIZZUTO,

               Plaintiff - Appellant,

     v.

ROBERT G. MCCOID; OGDEN NEWSPAPERS, INC.; CASEY JUNKINS;
TYLER REYNARD; WTOV, INC.,

               Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   John Preston Bailey,
Chief District Judge.  (5:12-cv-00063-JPB-JES)

———————

Submitted:  November 13, 2012      Decided:  November 15, 2012

———————

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carol L. Pizzuto, Appellant Pro Se.  John Raymond Merinar, Jr.,
STEPTOE & JOHNSON, LLP, Clarksburg, West Virginia; Walter P.
DeForest, III, DE FOREST KOSCELNIK YOKITIS KAPLAN &
BERARDINELLI, Pittsburgh, Pennsylvania, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol L. Gray Pizzuto seeks to appeal the district court's order dismissing without prejudice her civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Pizzuto does not challenge in her informal brief the basis for the district court's disposition, she has forfeited appellate review of the court's order. Accordingly, we grant Pizzuto's motion to proceed in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED